UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

NABISCO, INC.

Defendant.

CIVIL ACTION NO. 01-1694 (RHK/JMM)

**MOTION TO RESCHEDULE PRETRIAL AND SETTLEMENT CONFERENCE** and ORDER

Plaintiff EEOC moves that the date for the Pretrial and Settlement Conference set by this court's November 15, 2001 Order be changed from December 17, 2001 to a date in January 2002. This motion is based on the following facts:

1. The undersigned is trial counsel for the EEOC.

2. The undersigned is under a December 31, 2001 discovery cutoff in a matter pending in the Northern District of Iowa, EEOC v. CRST, Inc. and Professional Drivers Institute, Inc., Case No. C01-58 MJM, that will require his attendance at a number of depositions during the month of December, several of which are currently being set for the week of December 17 in Maryland and Pennsylvania.

3. The undersigned has left messages with one of the defendant Nabisco's attorneys to discuss options for the possible resolution of this case, and expects to have that discussion soon, but respectfully submits that the additional time until January 2001 would assist in the discussion process.

4. The undersigned respectfully submits that the rescheduling requested in this motion will not impede the litigation or resolution of this case.

NOV 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Respectfully submitted this 21 day of November, 2001.

BRIAN C. TYNDALL
Attorney for Plaintiff
EEOC
310 West Wisconsin Ave.,
Suite 800
Milwaukee, WI 53203-2292
Phone (414) 297-1130
Fax (414) 297-3146

ORDER

So ordered this 27 day of November, 2001.

By the Court:

John M. Mason
United States Magistrate Judge

n:motion-schedule.1.11-20-01