UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION and KEITH BRAUNS, Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 01-1694 (RHK/JMM) |
| NABISCO, INC. Defendant. | ) **STIPULATION AND ORDER TO CHANGE CASE CAPTION AND FILE AMENDED COMPLAINT** |

The parties hereto, by their respective counsel, hereby stipulate as follows:

1. The defendant Nabisco, Inc., on or about July 29, 2001, merged into Kraft Foods North America, Inc.

2. The case caption herein may be amended to reflect the merger, as alleged and set forth in the EEOC's First Amended Complaint, which is attached hereto and which may be filed instanter.

3. In all other respects the parties' pleadings, substantive rights, and procedural rights remain unchanged by this stipulation.

Respectfully submitted this 11 day of March, 2002.

2/27/02

BRIAN C. TYNDALL
Attorney for Plaintiff EEOC
EEOC
310 West Wisconsin Ave.,
Suite 800
Milwaukee, WI 53203-2292
Phone (414) 297-1130
Fax (414) 297-3146

FILED MAR 13 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

RICHARD T. WYLIE
Attorney for Plaintiff Keith Brauns
701 Fourth Avenue South, Suite 500
Minneapolis, MN 55415
Phone (612) 337-9581
Fax (612) 630-1044

PAUL J. ZECH
Felhaber, Larson, Fenlon & Vogt, P.A.
Attorneys for Defendant
225 South Sixth Street, Suite 4200
Minneapolis, MN 55402-4302
Phone (612) 339-6321
Fax (612) 338-0535

ORDER

So ordered this 12 day of March, 2002.

By the Court:

John M. Mason
United States Magistrate Judge

n:stip-caption.1.02-27-02

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION and KEITH BRAUNS,<br><br>Plaintiff,<br><br>v.<br><br>KRAFT FOODS NORTH AMERICA, INC., successor by merger to NABISCO, INC.,<br><br>Defendant. | CIVIL ACTION NO. 01-1694 (RHK/JMM)<br><br>**EEOC'S FIRST AMENDED COMPLAINT** |

NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act ("ADEA") to correct unlawful employment practices on the basis of age, and to provide appropriate relief to Keith Brauns. The U.S. Equal Employment Opportunity Commission ("Commission") alleges that Nabisco, Inc., which subsequently merged into Kraft Foods North America, Inc. (hereinafter referred to jointly as "defendant") placed Keith Brauns on a Corrective Action Plan and ultimately fired him because of his age, 48.

JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b) (the "ADEA"), which incorporates by reference Sections 16(c) and 17 of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. §§ 216(c) and 217.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Minnesota.

FILED MAR 1 3 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

## PARTIES

3. Plaintiff, the Commission, is an agency of the United States of America charged with the administration, interpretation and enforcement of the ADEA and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4. At all relevant times, defendant has continuously been doing business in the State of Minnesota and the City of Minneapolis, Minnesota and has continuously had at least 20 employees.

5. At all relevant times, defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 11(b), (g) and (h) of the ADEA, 29 U.S.C. § 630(b), (g) and (h).

## CONCILIATION

6. Prior to the institution of this lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with the ADEA through informal methods of conciliation, conference and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## STATEMENT OF CLAIMS

7. Since at least 1998, and continuing thereafter until the present, defendant has engaged in unlawful employment practices, in violation of Section 4(a) and (d) of the ADEA, 29 U.S.C. § 623(a) and (d). Defendant placed Keith Brauns on a Corrective Action Plan and ultimately fired him because of his age, 48.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Keith Brauns of equal employment opportunities and otherwise adversely affect his status as an employee because of his age.

9. The unlawful employment practices complained of in paragraph 7 above were willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining defendant, its employees, officers, successors, assigns, divisions, and all persons in active concert or participation with them, from engaging in discriminatory termination practices and any other employment practice that discriminates on the basis of age against individuals aged 40 and older.

B. Order defendant to institute and carry out policies, practices and programs which provide equal employment opportunities for individuals aged 40 and older, and which eradicate the effects of its past and present unlawful employment practices.

C. Grant a judgment requiring defendant to pay appropriate back wages in an amount to be determined at trial, plus an equal sum as liquidated damages, and/or prejudgment interest to Brauns.

D. Order defendant to make Brauns whole, by providing the affirmative relief necessary to eradicate the effects of its unlawful practices, including but not limited to rightful-place reinstatement or appropriate frontpay.

E. Grant such further relief as the Court deems necessary and proper in the public interest.

F. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Dated 2/27/02

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

GWENDOLYN YOUNG REAMS
Associate General Counsel
1801 L Street NW
Washington, D.C. 20507

JEAN P. KAMP
Regional Attorney

ROSEMARY J. FOX
Supervisory Trial Attorney

[signature]
BRIAN C. TYNDALL
Senior Trial Attorney

Milwaukee District Office
310 W. Wisconsin Avenue, Suite 800
Milwaukee, Wisconsin 53203-2292
(414) 297-1130

n:complaint-amended-nabisco.1.02-25-02